No. 99–1262. RAZZAQ v. OLD DOMINION UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1267. SCHLAMER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–1271. QUALLS v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 99–1286. ACCARDI ET UX. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–1293. BRISCOE v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 2d Cir. Certiorari denied.

No. 99–1311. CASH v. TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 99–1322. COWHIG v. CALDERA, SECRETARY OF THE ARMY. C. A. 1st Cir. Certiorari denied.

No. 99–1326. STEWART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1327. HINES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1355. SMITH v. TEXAS ET AL. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 99–6626. MANCILLAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6789. EBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6921. CASTILLO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6925. WEATHERS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–7310. WHITE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 99–7324. EARP v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.